

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-19-00832-CV

**Maryvel SUDAY**, Independent Executor to Petitioner, Olga Tamez de Suday,
Appellants

v.

Jesus Lozano **SUDAY**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3,625 CCL
The Honorable Stephen B. Ables, Judge Presiding

## O R D E R

Appellant's brief was originally due on February 21, 2020. On February 20, 2020, appellant filed a motion in which she requested we stay this appeal, or in the alternative, grant an extension of time for 120 days until June 22, 2020. We denied appellant's request for a stay but extended the deadline for appellant's brief by 60 days. Appellant has filed a second motion for extension of time in which she requests the briefing deadline be extended to June 22, 2020. Appellant's motion is GRANTED IN PART. Appellant's deadline for filing appellant's brief is extended to May 21, 2020, which is a total extension of 90 days from the original briefing deadline. **Further requests for an extension of time in which to file appellant's brief will be denied absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court